# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
November 17, 2017

Lyle W. Cayce
Clerk

No. 16-60704
Summary Calendar

SANDRA LIBAI NAJERA-MEJIA, also known as Cheyla Turcios,

Petitioner

v.

JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. AO97 745 595

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.
PER CURIAM:[*]

Sandra Libai Najera-Mejia, a native and citizen of Honduras, petitions this court for review of the dismissal by the Board of Immigration Appeals (BIA) of her appeal of an Immigration Judge's denial of a motion to reopen proceedings in which she was ordered removed in absentia. Najera-Mejia argues that the BIA failed to consider the exceptional circumstances that warranted reopening of the proceeding.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-60704

Due to her failure to brief any challenge to the BIA's determination that her third motion to reopen was numerically barred from consideration pursuant to 8 C.F.R. § 1003.23(b)(4)(ii), Najera-Mejia has abandoned any such challenge. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003) (citing *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Additionally, this court lacks jurisdiction to consider Najera-Mejia's challenge to the BIA's wholly discretionary determination that her case did not present exceptional circumstances warranting sua sponte reconsideration. *See Enriquez-Alvarado v. Ashcroft*, 371 F.3d 246, 248-50 (5th Cir. 2004).

Accordingly, Najera-Mejia's petition for review is DISMISSED, in part, for lack of jurisdiction and DENIED, in part.